UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KATHERINE GATES,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>　　　　Defendant. | Case No.19-cv-00594-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF** |

Plaintiff Mary Katherine Gates, who is represented by counsel, filed this action challenging the Social Security Administration's denial of her application for disability benefits on February 2, 2019. Plaintiff requested and obtained an extension of time to file her motion for summary judgment. (Dkt. Nos. 14, 15.) However, Plaintiff failed to file her motion by the deadline to do so. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing by August 13, 2019 as to why this action should not be dismissed for failure to prosecute. *See* Fed. R. Civ. Pro. 41(b). Plaintiff's response to this Order to Show Cause shall be accompanied by her motion for summary judgment. If Plaintiff fails to respond to this Order, this action may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 30, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge